BLANK PDF